UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-50057 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Lacey Act |
| RONALD FISHER and GARY FISHER, | (16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B), 18 U.S.C. §§ 2 and 3237) |
| Defendants. | Bald & Golden Eagle Protection Act (16 U.S.C. § 668(a), 18 U.S.C. §§ 2 and 3237) |
| | Migratory Bird Treaty Act (16 U.S.C. §§ 703(a) and 707(b), 18 U.S.C. §§ 2 and 3237) |

COUNT I

On or about between June 18, 2015, and July 8, 2015, in the District of South Dakota and elsewhere, the Defendants,

RONALD FISHER and
GARY FISHER,

did knowingly perform acts that involved the sale and purchase of wildlife with a market value in excess of $350, in that on or about the above-mentioned dates, Ronald Fisher and Gary Fisher, did knowingly import, export, transport, purchase, sell, receive, and acquire wildlife, that is bald and golden eagles and other migratory birds, knowing that said wildlife was taken, possessed, transported or sold in violation of and in a manner unlawful under the laws of

the United States, specifically the Bald and Golden Eagle Protection Act, 16 U.S.C. § 668(a), and the Migratory Bird Treaty Act, 16 U.S.C. §§ 703(a) and 707(b), and did aid and abet one another, in violation of 16 U.S.C. §§ 3372(a)(1) and 3373(d)(1)(B), and 18 U.S.C. §§ 2 and 3237.

COUNT II

On or about between June 18, 2015, and July 8, 2015, in the District of South Dakota and elsewhere, the Defendants,

RONALD FISHER and
GARY FISHER,

without being permitted to do so, did knowingly, and with wanton disregard for the consequences of their actions, possess, sell, barter, and offer to sell and barter, and transport, a bald eagle commonly known as the American eagle, and a golden eagle, and parts thereof of the foregoing eagles, and did aid and abet one another, in violation of 16 U.S.C. § 668(a) and 18 U.S.C. §§ 2 and 3237.

COUNT III

On or about between June 18, 2015, and July 8, 2015, in the District of South Dakota and elsewhere, the Defendants,

RONALD FISHER and
GARY FISHER,

did knowingly offer for sale, sell, offer to barter, barter, deliver for transportation, transport, and cause to be transported, a migratory bird and parts thereof of any such bird, and did aid and abet one another, in violation of 16 U.S.C. §§ 703(a) and 707(b), and 18 U.S.C. §§ 2 and 3237.

2

A TRUE BILL:

**NAME REDACTED**
_____
Foreperson

RANDOLPH J. SEILER
United States Attorney

By: _____